## STATE v. MANLEY

No. 400P89

Case below: 95 N.C. App. 213

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## STATE v. MORGAN

No. 425PA89

Case below: 95 N.C. App. 639

Petition by Attorney General for writ of supersedeas allowed 7 December 1989. Amended petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

## STATE v. QUICK

No. 397P89

Case below: 95 N.C. App. 225

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## STATE v. SANDERS

No. 459P89

Case below: 95 N.C. App. 494

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## STATE v. THOMPSON

No. 376P89

Case below: 94 N.C. App. 782

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.